# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Shea, Edward F. | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>10/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>825 Jadwin Avenue, Ste. 320<br>Richland, WA 99352 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | [ ] - Corporation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | ▭ - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 10/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | VISA | Consumer Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Northwestern Mutual Life Insurance | B | Dividend | K | T | | | | | |
| 2. Northwestern Mutual Life Insurance | B | Dividend | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance | B | Dividend | K | T | | | | | |
| 4. Prudential Life Insurance | A | Dividend | J | T | | | | | |
| 5. South Boston Savings Bank Life Ins | A | Dividend | J | T | | | | | |
| 6. GESA Credit Union | A | Interest | J | T | | | | | |
| 7. Coins | | None | J | T | | | | | |
| 8. Fishcreek Ltd | | None | K | T | | | | | |
| 9. Art | | None | K | W | | | | | |
| 10. | | | | | | | | | |
| 11. Vanguard Health Care Fund, Admin Personal Acct. | B | Dividend | L | T | | | | | |
| 12. | | | | | | | | | |
| 13. E/ SCHWAB RETIREMENT IRA | | | | | | | | | |
| 14. --Vanguard Health Care Fund (IRA) | | None | K | T | | | | | |
| 15. --Microsoft | | None | | | Sold | 02/11/11 | L | | |
| 16. | | | | | Buy | 06/13/11 | K | | |
| 17. | | | | | Sold | 08/04/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --DFA US 9-10 Small Co (DFSVX) | | None | | | Sold | 07/27/11 | L | | |
| 19. --Globix Corp | | None | J | T | | | | | |
| 20. --Schwab Value Advantage Money Fund | | None | K | T | | | | | |
| 21. --Int'l GameTech (IGT) | | None | K | T | Buy (add'l) | 06/07/11 | K | | |
| 22. | | | | | Sold (part) | 08/02/11 | K | | |
| 23. | | | | | Sold (part) | 08/04/11 | K | | |
| 24. --Driehaus Emerging Mkts | | None | K | T | Buy (add'l) | 06/07/11 | J | | |
| 25. | | | | | Sold (part) | 08/04/11 | K | | |
| 26. | | | | | Buy (add'l) | 08/29/11 | K | | |
| 27. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 28. | | | | | Buy (add'l) | 12/20/11 | J | | |
| 29. --US Bank | | None | L | T | Buy (add'l) | 09/07/11 | J | | |
| 30. --Cryptologic | | None | | | Buy | 03/29/11 | J | | |
| 31. | | | | | Sold | 03/29/11 | K | | |
| 32. --Elan | | None | J | T | Buy | 07/28/11 | J | | |
| 33. | | | | | Sold (part) | 08/02/11 | J | | |
| 34. | | | | | Buy (add'l) | 09/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/29/11 | J | | |
| 36. --PASDX (IRA) | | None | K | T | | | | | |
| 37. --PTTDX (IRA) | | None | | | Buy | 08/31/11 | J | | |
| 38. | | | | | Sold (part) | 12/23/11 | K | | |
| 39. | | | | | Sold | 12/28/11 | K | | |
| 40. --BAC (IRA) | | None | K | T | Buy | 8/24/11 | J | | |
| 41. | | | | | Buy (add'l) | 8/29/11 | J | | |
| 42. | | | | | Buy (add'l) | 9/6/11 | J | | |
| 43. | | | | | Buy (add'l) | 10/4/11 | J | | |
| 44. --Verizon | | None | K | T | Buy | 8/1/11 | J | | |
| 45. | | | | | Buy (add'l) | 9/6/11 | J | | |
| 46. --PCL | | None | | | Sold | 06/07/11 | L | | |
| 47. --JDS Uniphase | | None | | | Buy | 2/11/11 | J | | |
| 48. | | | | | Buy (add'l) | 3/11/11 | J | | |
| 49. | | | | | Buy (add'l) | 3/22/11 | K | | |
| 50. | | | | | Buy (add'l) | 4/4/11 | K | | |
| 51. | | | | | Sold | 7/18/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   --Comcast | | None | | | Buy | 3/1/11 | K | | |
| 53. | | | | | Buy (add'l) | 3/11/11 | K | | |
| 54. | | | | | Buy (add'l) | 3/17/11 | K | | |
| 55. | | | | | Buy (add'l) | 4/29/11 | K | | |
| 56. | | | | | Buy (add'l) | 5/23/11 | K | | |
| 57. | | | | | Sold (part) | 8/1/11 | K | | |
| 58. | | | | | Sold | 8/2/11 | K | | |
| 59.   --Skyworks | | None | L | T | Buy | 09/06/11 | J | | |
| 60. | | | | | Buy (add'l) | 09/07/11 | J | | |
| 61. | | | | | Buy (add'l) | 12/20/11 | K | | |
| 62. | | | | | Buy (add'l) | 12/23/11 | K | | |
| 63.   --Windstream | | None | K | T | Buy | 11/7/11 | K | | |
| 64. | | | | | Buy (add'l) | 12/23/11 | J | | |
| 65.   --Annaly Capital | | None | K | T | Buy | 12/27/11 | K | | |
| 66. | | | | | | | | | |
| 67.   M/RETIREMENT ACCOUNT | | | | | | | | | |
| 68.   --Diversified Investment Advisors (DIV) - Plan Advisors | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Goldman Sacks Mid Cap Value Fund | | None | K | T | Buy (add'l) | 01/11/11 | K | | |
| 70. | | | | | Sold (part) | 01/11/11 | K | | |
| 71. | | | | | Buy (add'l) | 01/25/11 | J | | |
| 72. | | | | | Sold (part) | 08/03/11 | K | | |
| 73. --Vanguard Inst'l Index | | None | J | T | Sold (part) | 07/27/11 | J | | |
| 74. --American Growth Fund (Replaced in DIA with Mainstay Growth | | None | | | Merged (with line 75) | 06/21/11 | K | | |
| 75. --Mainstay Lg Cap Growth Fund | | | | | Sold | 07/27/11 | K | | |
| 76. --Thornburg Int'l Value Fund | | None | K | T | Buy (add'l) | 01/25/11 | J | | |
| 77. | | | | | Sold (part) | 08/03/11 | K | | |
| 78. --Pimco Tot.Ret. Fund | | None | M | T | Buy (add'l) | 01/11/11 | L | | |
| 79. | | | | | Sold (part) | 01/11/11 | L | | |
| 80. | | | | | Buy (add'l) | 03/22/11 | K | | |
| 81. | | | | | Buy (add'l) | 07/11/11 | K | | |
| 82. | | | | | Buy (add'l) | 08/03/11 | K | | |
| 83. --TFLIC | | None | M | T | Sold (part) | 04/25/11 | K | | |
| 84. | | | | | Sold (part) | 07/11/11 | J | | |
| 85. | | | | | Buy (add'l) | 07/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Allainz NFJ Dividend Value A Fund | | None | K | T | Buy (add'l) | 03/22/11 | K | | |
| 87. | | | | | Sold (part) | 08/03/11 | J | | |
| 88. --Columbia Acrn Slct | | None | | | Sold (part) | 01/25/11 | J | | |
| 89. | | | | | Sold | 03/22/11 | K | | |
| 90. --American EuroPac Fund | | None | | | Sold (part) | 01/25/11 | J | | |
| 91. | | | | | Sold | 03/22/11 | J | | |
| 92. --Columbia SM.CAP.Val.* | | None | | | | | | | |
| 93. | | | | | | | | | |
| 94. M/IRA - SCHWAB | | | | | | | | | |
| 95. --Skyworks | | None | | T | Buy | 1/26/11 | J | | |
| 96. | | | | | Buy (add'l) | 2/18/11 | J | | |
| 97. | | | | | Buy (add'l) | 9/12/11 | J | | |
| 98. --Comcast | | None | | T | Buy | 1/26/11 | J | | |
| 99. | | | | | Buy (add'l) | 4/4/11 | J | | |
| 100. --Frontier Communications FTR) | | None | | | Buy (add'l) | 1/26/11 | J | | |
| 101. | | | | | Sold | 3/1/11 | J | | |
| 102. --ELAN | | None | | T | Buy | 1/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shea, Edward F. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 2/18/11 | J | | |
| 104. | | | | | | | | | |
| 105. SCHWAB JT ACCOUNT | | | | | | | | | |
| 106. --Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 107. --Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 108. --Microsoft | | None | | | Sold | 02/11/11 | K | | |
| 109. --Schwab Invest Money Fund (Pers) | A | Int./Div. | L | T | | | | | |
| 110. --Pimco All Asset | B | Dividend | K | T | Buy | 08/03/11 | J | | |
| 111. --Banco Santander | | None | | | Sold | 03/31/11 | J | | |
| 112. --Cryptologic | | None | | | Buy | 3/29/11 | J | | |
| 113. | | | | | Sold | 3/29/11 | J | | |
| 114. --Novatel | | None | | | Buy | 05/06/11 | J | | |
| 115. | | | | | Sold | 7/1/11 | J | | |
| 116. --SIRIUS | | None | J | T | Buy | 8/1/11 | J | | |
| 117. | | | | | Buy (add'l) | 8/22/11 | J | | |
| 118. --MGM | | None | | | Buy | 5/4/11 | J | | |
| 119. | | | | | Sold | 8/22/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 10/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --ELN | | None | J | T | Buy | 4/7/11 | J | | |
| 121. | | | | | Buy (add'l) | 4/19/11 | J | | |
| 122. | | | | | Buy (add'l) | 5/23/11 | J | | |
| 123. | | | | | Buy (add'l) | 5/27/11 | J | | |
| 124. | | | | | Buy (add'l) | 7/1/11 | J | | |
| 125. | | | | | Buy (add'l) | 7/18/11 | J | | |
| 126. | | | | | Sold (part) | 7/27/11 | K | | |
| 127. | | | | | Buy (add'l) | 8/22/11 | J | | |
| 128. | | | | | Buy (add'l) | 8/24/11 | J | | |
| 129. | | | | | Buy (add'l) | 8/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shea, Edward F. | 10/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* Columbia Sm. Cap. Val - Did not have in account in 2011.  Must have been completely sold in 2010.

\*\* Part VII, Investments and Trusts - Line 117  listing SIRIUS stock activity and lines 120-129 listing ELN stock activity were inadvertently omitted from the original report and added to this amended report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward F. Shea**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544